## Commonwealth v. Stein, Appellant.

Submitted April 14, 1969. *William C. Porter,* for appellant; *Paul M. Petro,* Assistant District Attorney, and *Jess D. Costa,* District Attorney, for Commonwealth, appellee.

Order affirmed.